# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ISIDORO BALY, | Case No.: 2:19-CV-00320-AB-GJS |
|---|---|
| Plaintiff, vs. | **STIPULATTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| SIRIUS XM RADIO, INC., a California Corporation, | |
| Defendants. | Judge: Hon. André Birotte, Jr. |

PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by Plaintiff Isidoro Baly and Defendant Sirius XM Radio Inc. (both jointly hereinafter referred to as "the Parties"), that the above-captioned action be dismissed with prejudice with each party bearing its own costs. The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

**IT IS SO STIPULATED:**

DATED:  November 18, 2019            **PRATO & REICHMAN, APC**

  __/s/ Christopher J. Reichman_____
  By: Christopher J. Reichman, Esq.
  **Prato & Reichman, APC**
  Attorneys for Plaintiff
  Isidoro Baly

DATED: November 19, 2019            **JONES DAY**

  By:  ___/s/ Allison L. Waks_____

  Allison Waks (admitted *pro hac vice*)
  awaks@jonesday.com
  JONES DAY
  250 Vesey Street
  New York, NY 10281
  Telephone: (212) 326-3939
  Facsimile: (212) 755-7306

  Jack Williams IV (State Bar No. 309154)
  jackwilliams@JonesDay.com
  JONES DAY

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

3161 Michelson Drive  
Suite 800  
Irvine, CA 92612.4408  
Telephone: (949) 851-3939  
Facsimile: (949) 553-7539  

*Attorneys for Sirius XM Radio Inc.*

STIPULATION FOR DISMISSAL

**ATTESTATION**

I hereby attest that Allison Waks has given me approval to affix her electronic signature to this joint stipulation.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  November 20, 2019            **PRATO & REICHMAN, APC**


　　　　　　　　　　　　　　　　　　　　　 __/s/ Christopher J. Reichman_____
                                    By: Christopher J. Reichman, Esq.
                                    **Prato & Reichman, APC**
                                    Attorneys for Plaintiff
                                    Isidoro Baly

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date listed below.

__X__   Via ECF

Jack Williams IV (State Bar No. 309154)
jackwilliams@JonesDay.com

Allison L. Waks (admitted *pro hac vice*)
awaks@JonesDay.com

DATED:  November 20, 2019              **PRATO & REICHMAN, APC**

                                       __/s/ Christopher J. Reichman_____
                                       By: Christopher J. Reichman, Esq.
                                       **Prato & Reichman, APC**
                                       Attorneys for Plaintiff
                                       Isidoro Baly