JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDORO BALY, | Case No.: 2:19-CV-00320-AB-GJS |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| SIRIUS XM RADIO, INC., a California Corporation, | |
| Defendants. | |

## ORDER

Pursuant to the Parties' Stipulation (Dkt. No. 26), this case is hereby **DISMISSED** with prejudice, and each party shall bear its own attorneys' fees and costs. **IT IS SO ORDERED.**

Date: November 25, 2019

_____
HON. ANDRÉ BIROTTE, JR.
United States District Court Judge